AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00347 |
| Adam Kovsky | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 12/12/2023 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Adam Kovsky__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) Disorderly or Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) Disorderly or Disruptive Conduct in a Capitol Building ;
40 U.S.C. § 5104(e)(2)(G) Parading, Picketing, or Demonstrating in a Capitol Building .

Date: __12/12/2023__

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.12.12 13:34:41 -05'00'
*Complaintant's signature*

City and state: __Washington, D.C.__   __Honorable G. Michael Harvey__
*United States Magistrate*

---

**Return**

This warrant was received on *(date)* __12/12/2023__, and the person was arrested on *(date)* __12/21/2023__
at *(city and state)* __Detroit, Michigan__

Date: __12/22/2023__

Mara R. Schneider
*Arresting officer's signature*

Mara R. Schneider
*Printed name and title*