**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CASE NO. 23-mj-347 |
| **v.** : | |
| : | VIOLATIONS: |
| **ADAM KOVSKY,** : | 18 U.S.C. § 1752(a)(1) |
| : | (Entering and Remaining in a Restricted |
| **Defendant.** : | Building or Grounds) |
| : | |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, in the District of Columbia, **ADAM KOVSKY** did knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, and otherwise restricted area within the United States Capitol and its grounds, where the Vice President was and would be temporarily visiting, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of Title 18, United States Code, Section 1752(a)(1))

                                      Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      United States Attorney
                                      D.C. Bar No. 481052

By:   /s/ Katherine E. Boyles
         Katherine Boyles
         Assistant United States Attorney
         D. Conn. Fed. Bar No. PHV20325
         United States Attorney's Office
         601 D Street NW
         Washington, D.C. 20001
         Katherine.Boyles@usdoj.gov
         Phone: 203-931-5088