```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA,

           Plaintiff,           Case No. 24-00065

- vs -                       Hon. Loren L. AliKhan

ADAM KOVSKY,

           Defendant.
_____/

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

MICHAEL J. McCARTHY, P.C.
Michael J. McCarthy (P30169)
Attorney for Defendant
26001 Five Mile Road
Redford, MI  48239
(313) 535-1300
_____/

## **DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM**

The Defendant, Adam Kovsky, submits the Defendant's Supplement To Sentencing Memorandum to which is attached the following letters of support:

Attachment 1:

    July 6, 2024 letter written by Roy Xu, managing partner of GreenBright holdings;

Attachment 2:

    July 8, 2024 letter written by Charles E. Kovsky, the father of Adam Kovsky.

-1-

-2-

                                MICHAEL J. McCARTHY, P.C.

July 11, 2024                /s/ Michael J. McCarthy
                                Michael J. McCarthy (P30169)
                                Attorney for Defendant
                                26001 Five Mile Road
                                Redford, MI  48239
                                (313) 535-1300
                                mjfmccltd@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024 I electronically filed the foregoing document with the Clerk of the Court using ECF system.  It will send notification of such filing to the following:

    Katherine Elizabeth Boyles, Esq.
    Assistant U.S. Attorney
    United States Attorney's Office
    157 Church St.
    25th Floor
    New Haven, CT   06510
    (203) 931-5088
    katherine.boyles@usdoj.gov


    Off. Sherry B. Baker
    Senior U.S. Probation Officer
    333 Constitution Ave., Suite 2214
    Washington, D.C. 20001-1300
    Sherry_Baker@dcp.uscourts.gov


                                                 MICHAEL J. McCARTHY, P.C.


                                                 /s/ Michael J. McCarthy
July 11, 2024                            Michael J. McCarthy (P30169)
                                                 Attorney for Defendant
                                                 26001 Five Mile Road
                                                 Redford, MI   48239
                                                 (313) 535-1300
                                                 mjfmccltd@yahoo.com