## <u>LIST OF ATTACHMENTS</u>

1.  July 6, 2024 letter written by Roy Xu, managing partner of GreenBright holdings;

2.  July 8, 2024 letter written by Charles E. Kovsky, the father of Adam Kovsky.

# ATTACHMENT 1



July 6, 2024

Hon. Loren L. AliKhan,

It is with great enthusiasm that I recommend Adam Kovsky for your consideration. Mr. Kovsky has been an invaluable member of our team for the past eight years, consistently demonstrating an unparalleled commitment to our company's success.

During his tenure, Mr. Kovsky was promoted from a general laborer to office manager to company director, leading the strategic vision for the business. His ability to build strong relationships with clients and identify new business opportunities has played a pivotal role in the success of our company.

Beyond his work contributions, Mr. Kovsky consistently demonstrates a strong moral character and a deep commitment to his family. In the time I have known Mr. Kovsky, I have been impressed by his dedication to doing the right thing, even when it is difficult. He approaches decisions and challenges with a solid moral foundation, always striving to make choices that are ethical and considerate of others.

Overall, Mr. Kovsky embodies the qualities of a person with strong moral character, a devotion to family, and a tireless work ethic. These attributes make him a well-respected and admired individual in our organization. I appreciate this opportunity to highlight his many positive qualities.

Please do not hesitate to contact me if you require any additional information.


Sincerely,

Roy Xu

Managing Partner

GreenBright Holdings

ATTACHMENT 2

**CHARLES E. KOVSKY**
**19279 Augusta Dr.**
**Livonia, MI 48152**
**734-751-9621**

_____

July 8, 2024

Hon. Loren L. AliKhan:

I am the father to Adam Kovsky who will be standing before you on July 22, 2024 for sentencing. By this letter I am providing some history and characteristics of Adam for your consideration in determining the most appropriate sentence.

Adam is intelligent, industrious, creative, loving, and a good family man. Hopefully, a brief synopsis of his background will establish to your satisfaction that the facts support my representation.

Adam was a participant in cub scouts and boy scouts for many years. While in the boy scouts he soon became a patrol leader, and was awarded the Order of the Arrow. The Order of the Arrow recognizes scouts who best exemplify the Scout Oath and Law in their daily lives. This recognition provides encouragement for others to live these ideals as well. He also earned the Eagle Rank. The Eagle Scout must demonstrate the Scout Spirit, an ideal attitude based upon the Scout Oath and Law, service, and leadership. To qualify, Adam had to earn at least 21 merit badges, including some specific required ones; had to hold leadership positions within his troop; and had to complete a significant community service project. For the latter, Adam organized and implemented a maintenance plan for Greenmead Historical Park in Livonia, Michigan. Since the inception of Boy Scouts in 1911, only four percent of scouts have earned this rank.

While in high school, Adam started a small tee-shirt business. He did it the right way. He registered the company name, obtained a federal identification number, and registered for and paid his taxes on the sales. He continued operating the company for 6 years before filing a discontinuance with the State of Michigan.

Upon entering college, Adam's interests shifted from apparel to music. In 2011, he teamed up with a friend and together they founded Aeroplane Records, a metro-Detroit based collective of musicians, producers, and artists with the intention of providing quality products and services to local musicians/artists. Again, Adam did it the right way. He registered the name, created an Operating Agreement, and obtained a federal identification number. Aeroplane Records taught Adam how to conduct business, how to market with real and practical limitations like budget constraints, how to deal with difficult or unruly customers, and what it takes to plan and promote events around real people in real places. It has forced Adam to think in ways that school or a conventional internship could not have done. He took formal training and transposed it into real scenarios where decisions are made that affect the course of business and relationships with customers and other organizations. Adam learned how to create, execute, and measure the effectiveness of various strategies over a number of different vehicles.

Hon. Loren L. AliKhan
July 8, 2024
Page -2-
_____/

As a requirement of graduation at Central Michigan University, where Adam attended, each student seeking a degree in business administration, which was Adam's major, was completing an internship at a business. Having already owned and operated his own businesses, Adam believed he had by then fulfilled the purpose of the requirement. He arranged a conference with the dean of the business school to petition for a waiver. Based on his proof of entrepreneurship and written dissertation, the internship was waived. Adam was informed that this was the first time that the internship had been waived by the school.

When Adam sets his goals, he has the capability and stick-to-itiveness to attain them. When Adam decided he wanted to play an instrument, he taught himself how to play the bass guitar and banjo. He taught himself how to juggle well enough to became a professional juggler at Renaissance Festivals in Michigan and Indiana. When he went to work for Robin Hills Farm in Chelsea, Michigan, he started out as a laborer, but knew that he had more to contribute than simply his brawn. He soon became the office manager and then company director. When Robin Hills Farm experienced financial difficulties, Adam found creative ways to keep the doors open and set the company on a path to success. He also has had to navigate through local and State rules and regulations to keep the Company fully in compliance with them. He was still ready, willing, and able to do the necessary manual labor to make the Company succeed – everything from clean-up to maintenance work to landscaping to running programs to excavating a pond.

Adam envisioned a life for himself and his family living on their own small farm, being able to supplement their existence with home grown fruits, vegetables, and nut trees. To that end, after saving his money, Adam purchased 23 acres in Grass Lake, Michigan. Knowing that he did not as yet have sufficient funds to build his house, he purchased a tiny house (approximately 300 square feet), moved it from Georgia to Chelsea where he personally remodeled the interior, then moved it to his farm where he and his family now reside. Beginning in 2023, Adam started to build his permanent home. With help of friends and with his own labor Adam made a start on the construction so that he could use the "sweat equity" as a down payment for a construction loan with a bank. The loan has recently been approved and the plan is to accelerate the completion of the house.

Adam married Brogan Darwin in 2020. The ceremony was held at Robin Hills Farm, which gave Adam a great deal of satisfaction knowing that he had been so instrumental in preserving the venue which allowed such ceremonies to take place. They have two children, Harley nearly 3, and Ellis nearly 1. The family is close-knit to all members on both sides. Adam's employment serves as the vast majority of the income for his immediate family (Brogan only working part-time).

I submit that a sentence of probation would be adequate taking into account the seriousness of the offenses; promotion for respect for the law; a fair and just punishment; adequate deterrence; and protection of the public from further criminal violations. Heretofore, Adam has lived an exemplary life. His actions in this case have been a disappointment to my wife and me, given his antecedents. I do not condone nor excuse what he did. Adam recognizes his error. He acknowledged his mistakes, cooperated with law enforcement, and is contrite about what he did.

Hon. Loren L. AliKhan
July 8, 2024
Page -3-
_____/

A sentence of incarceration would have a severe, detrimental impact on the well-being of his family. Adam's employment would be lost and with it, the support of the family. Without employment, the construction loan would be called and the house would be put at risk for deterioration and loss. Disruptive arrangements would have to be made for his family during a period of incarceration. While the foregoing are always possible follow-ons whenever a crime is committed, the law also leaves the discretion to your Honor to take into account the individual history and character of Adam in deciding that a sentence of probation is the most appropriate under the circumstances.

Thank you for taking the time to consider this letter.

Sincerely,

Charles E. Kovsky